United States District Court
Southern District of Texas
**ENTERED**
February 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID SOLIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 4:22-CV-03888 |
| | § | |
| PHH MORTGAGE CORPORATION | § | |
| and OCWEN LOAN SERVICING, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Second Joint Motion For Trial Continuance And To Amend The Scheduling Order. (Dkt. No. 20). After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**.

The disposition of this case will be controlled by the following schedule:

1. May 16, 2024 — **PRETRIAL MOTIONS DEADLINE (except for motions *in limine*)**
No motion may be filed after this date except for good cause.

2. June 14, 2024 — **MEDIATION OR SETTLEMENT CONFERENCE**
Mediation or other form of dispute resolution must be completed by this deadline.

3. September 26, 2024 — **JOINT PRETRIAL ORDER AND MOTION *IN LIMINE* DEADLINE**
The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Use the forms provided on the Court's website. https://www.txs.uscourts.gov/page/united-states-district-judge-drew-b-tipton. Plaintiff is responsible for timely filing the complete

|   |   |   |
|---|---|---|
|   |   | Joint Pretrial Order. Failure to do so may lead to dismissal or other sanction in accordance with the applicable rules. **Exhibit lists, witness lists and proposed deposition excerpts may not be amended or supplemented after this date unless by agreement**. Objections to any of these shall be filed no later than three business days after this date and responses to those objections shall be filed no later than six business days from this date. |
| 4. | <u>October 10, 2024</u> | **DOCKET CALL**<br>Docket Call will be held at 2:00 p.m. The Court will not consider documents filed within seven days of docket call. The Court may rule on pending motions at docket call and will set the case for trial as close to docket call as practicable. |

Any party wishing to make a discovery or scheduling motion must obtain permission before the submission of motion papers. This includes any motion to compel, to quash, for protection, or for extension. <u>Lead counsel must personally confer on all discovery and scheduling disputes as a final attempt at resolution prior to involving the Court</u>. To obtain permission, the party seeking relief must submit a letter not exceeding two pages. Identify the nature of the dispute, outline the issues, and state the contested relief sought. Describe the conference between lead counsel and summarize the results. Send a copy to all counsel and unrepresented parties. The opposing party should promptly submit a responsive letter of similar length identifying any disagreement. Do not submit a reply letter. The foregoing letters should be sent by email to the Court's case manager, Kellie Papaioannou at Kellie_Papaioannou@txs.uscourts.gov.

It is SO ORDERED.

Signed on February 19, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**